JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN DAY, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>SWEDISH MATCH NORTH AMERICA, LLC, a Delaware Corporation<br><br>  Defendants. | Case No. 2:24-cv-07412 SVW(Ex)<br><br>**ORDER DISMISSING CASE** |

### ORDER

The Parties having stipulated, IT IS HEREBY ORDERED that the entire above-entitled action is dismissed with prejudice. The Clerk shall close the file.

DATED: January 13, 2025

Hon. Stephen V. Wilson
United States District Judge